# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE A. JENKINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CHRISTOPHER E. PECH and PECH, HUGHES, & MCDONALD, P.C. d/b/a Litow & Pech, P.C., A Fictitious Name,<br><br>    Defendants. | 8:14CV41<br><br>ORDER |

  This matter is before the court on the parties' Stipulation (Filing No. 117), wherein the parties represent they have reached an agreement on an award of expenses to be paid to the defendants for opposing an earlier motion by the plaintiff. **See** Filing No. 117 - Stipulation. Upon consideration, the Stipulation is approved.

  **IT IS SO ORDERED.**

Dated this 13th day of March, 2015.

                    BY THE COURT:

                     s/ Thomas D. Thalken
                    United States Magistrate Judge