IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE A. JENKINS,<br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHRISTOPHER E. PECH and<br>PECH, HUGHES, & MCDONALD, P.C. d/b/a Litow & Pech, P.C.,<br>a Fictitious Name,<br><br>    Defendants. | 8:14CV41<br><br>ORDER |

  This matter is before the court following a telephone conference with counsel on June 25, 2015. O. Randolph Bragg and Pamela A. Car represented the plaintiff. Tomio B. Narita represented the defendant. The parties request a settlement conference. Accordingly, the court will hold a settlement conference on **July 14, 2015, at 9:00 a.m.** in Courtroom No. 7, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Unless excused by order of the court, clients or client representatives with complete authority to negotiate and consummate a settlement shall be in attendance at the settlement conference. A settlement conference statement of each party shall be submitted to the undersigned magistrate judge **on or before July 8, 2015**, setting forth the relevant positions of the parties concerning factual issues, issues of law, damages, and the settlement negotiation history of the case. All pending deadlines in this case are stayed.

  **IT IS SO ORDERED.**

  Dated this 25th day of June, 2015.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge